UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ALFREDO LEWIS,

            Plaintiff,

- against -

POLICE OFFICER BONNIE, Shield # 9033, POLICE
OFFICER MORRIS, Shield # 18322, SERGEANT
VIGILANCE, Shield # 4583, POLICE OFFICER
WASHINGTON, Shield #5127 and POLICE OFFICER
JOHN DOE, Shield # 31327,

            Defendants.

----------------------------------------------------------X

**ORDER**
**09-CV-1282 (RRM)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court shall hold an initial pretrial conference pursuant to Fed. R. Civ. P. 16 on December 8, 2009 at 2:30 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No planning conference pursuant to Rule 26(f), Fed. R. Civ. P., shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

                                                LOIS BLOOM
Dated: November 2, 2009                     United States Magistrate Judge
      Brooklyn, New York